Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| In the Matter of the Search of | |
|---|---|
| *(Briefly Describe the property to be searched or identify the person by name and address)* | |
| Gray Mitsubishi Outlander bearing California license plate 8VHF061, currently located at FBI Phoenix, 21711 N. 7ᵗʰ St., Phoenix, AZ. | Case No.  21-328 MB |

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of ___Arizona___,
(identify the person or describe the property to be searched and give its location):

### As further described in Attachment A.

The person or property to be searched, described above, is believed to conceal (identify the person or describe the property to be seized):

### As set forth in Attachment B.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

YOU ARE COMMANDED to execute this warrant on or before    December 3, 2021    .
*(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.
☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an *criminal* inventory as required by law and promptly return this warrant and inventory to the United States Magistrate Judge on duty.

_____.
*(name)*

N/A   ☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized (*check the appropriate box*)    ☐ for 30 days (*not to exceed 30*)
☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  11/19/21 @ 1:30 pm             *Judge's signature*

City and State: Phoenix, Arizona             Honorable Michelle H. Burns, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

## RETURN

| Case No.: | Date and Time Warrant Executed: | Copy of warrant and inventory left with: |
|---|---|---|
| | | |

Inventory Made in the Presence of:

Inventory of the property taken and name of any person(s) seized:

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
Executing officer's signature

_____
Printed name and title

# **Attachment A**

## **Property to be searched**

**Vehicle to be searched:**  The gray Mitsubishi Outlander bearing California license plate 8VHF061.

**Location of vehicle:**  FBI Phoenix Evidence Response Team Bay, FBI Phoenix, 21711 N. 7th St., Phoenix, AZ 85024.



**ATTACHMENT B**

**ITEMS TO BE SEIZED**

Evidence in the form of:

1.    Firearms or other deadly weapons. Ammunition and/or components used in the manufacture of ammunition to include spent shell casings, gun powder, primers, and bullets. Holsters, cases, or boxes used to carry or transport firearms or ammunition, and or any receipts or photographs detailing the purchase or ownership of any of the aforementioned items;

2.    DNA (deoxyribonucleic acid), hairs, fibers, blood, fingerprints (seen and unseen), footprints (seen and unseen), and other forensic evidence or trace evidence;

3.    Any computers, tapes, disks or other forms of electronic devices, illicit business records, all writings, books, business ledgers, lists, notations, or other memoranda, however recorded or preserved, which evidences or memorializes activities involved in conspiracy to conduct such activity;

4.    The download of all data contained in the vehicle's on-board computer systems pertaining to driving (e.g., acceleration, braking, speed), to include any Event Data Recorder (EDR), the Powertrain Control Module (PCM), or any similar devices installed on the vehicle that are used to record the circumstances of a crash or a near crash like conditions, the vehicle's speed, acceleration, braking, deployment of airbags, and used to assist in understanding how the vehicle's systems performed prior to, during, or after the crash.  Specific comprehensive downloadable data to be removed from the EDR, PCM, or on-board computer by a qualified technician includes: date and time of event, had/quick stop(s) recording(s) road speed, accelerator position, engine revolutions per minute (RPM), brake and clutch activity, trip recording, seat belt status (buckled/unbuckled), airbag deployment and any specific proprietary crash data;

5.    Any and all electronic systems onboard the vehicle that collects, maintains and/or stores data including, but not limited to the vehicle infotainment and/or telematics devices to be imaged (downloaded) either directly from the module or after the removal of the module from the vehicle. The vehicle is equipped with an infotainment system which is installed within the center console/dashboard/or within the vehicle based on the manufacturer, make and model.  These systems are designed to store a vast amount of data, which includes: vehicle/system information such as vehicle identification number (VIN), part number, serial number and build number, recent destinations, favorite locations, call logs, contact lists, SMS messages, emails, pictures, videos, social media feeds, and the navigation history of locations the vehicle has been.  These systems may also record events such as the activation and de-

activation of the vehicle's headlights, the opening and closing of doors at a location, and the location of the vehicle at the time Bluetooth devices are connected. This includes the potential to damage and the need to dismantle or remove parts of the vehicle for obtaining this data, or collecting the module should the module placement preclude imaging the module in place;

6.  Indicia of ownership, use, or occupancy of the vehicle, including such things as ownership documents (e.g., registration, tax records, the title to the vehicle) maintenance records, mail that may have been left in the vehicle, photographs of the owner or occupants of the vehicle, and receipts (such as gas, or liquor receipts);

which may be located inside of the Mitsubishi Outlander bearing California license plate 8VHF061.

Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| In the Matter of the Search of | |
|---|---|
| *(Briefly Describe the property to be searched or identify the person by name and address)* | |
| Gray Mitsubishi Outlander bearing California license plate 8VHF061, currently located at FBI Phoenix, 21711 N. 7th St., Phoenix, AZ. | Case No. 21-328MHB |

## APPLICATION AND AFFIDAVIT FOR A SEARCH WARRANT

I, SA John G. Mikel, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property (*identify the person or describe the property to be searched and give its location*):

### As further described in Attachment A.

Located in the District of ___Arizona___, there is now concealed (*identify the person or describe the property to be seized*):

### As set forth in Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☒ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code/Section | Offense Description |
|---|---|
| 18 U.S.C. §1111 | Murder |
| 18 U.S.C. §113(a)(3) | Assault with a dangerous weapon |

The application is based on these facts:
### As set forth in Attachment C, incorporated herein by reference.
☒ Continued on the attached sheet.
☐ Delayed notice of ___ days (give exact ending date if more than 30 days: _____) is
requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Reviewed by AUSA Raynette Logan *RP*
*Telephonically Sworn*

_____
*Applicant's Signature*

John G. Mikel, SA, FBI
*Applicant's printed name and title*

Date issued: November 19, 2021

_____
*Judge's signature*

City and State: Phoenix, Arizona

Honorable Michelle H. Burns, U.S. Magistrate Judge
*Printed name and title*

# Attachment A

## Property to be searched

**Vehicle to be searched:**   The gray Mitsubishi Outlander bearing California license plate 8VHF061.

**Location of vehicle:**  FBI Phoenix Evidence Response Team Bay, FBI Phoenix, 21711 N. 7th St., Phoenix, AZ 85024.



## ATTACHMENT B

### ITEMS TO BE SEIZED

Evidence in the form of:

1.   Firearms or other deadly weapons. Ammunition and/or components used in the manufacture of ammunition to include spent shell casings, gun powder, primers, and bullets. Holsters, cases, or boxes used to carry or transport firearms or ammunition, and or any receipts or photographs detailing the purchase or ownership of any of the aforementioned items;

2.   DNA (deoxyribonucleic acid), hairs, fibers, blood, fingerprints (seen and unseen), footprints (seen and unseen), and other forensic evidence or trace evidence;

3.   Any computers, tapes, disks or other forms of electronic devices, illicit business records, all writings, books, business ledgers, lists, notations, or other memoranda, however recorded or preserved, which evidences or memorializes activities involved in conspiracy to conduct such activity;

4.   The download of all data contained in the vehicle's on-board computer systems pertaining to driving (e.g., acceleration, braking, speed), to include any Event Data Recorder (EDR), the Powertrain Control Module (PCM), or any similar devices installed on the vehicle that are used to record the circumstances of a crash or a near crash like conditions, the vehicle's speed, acceleration, braking, deployment of airbags, and used to assist in understanding how the vehicle's systems performed prior to, during, or after the crash.  Specific comprehensive downloadable data to be removed from the EDR, PCM, or on-board computer by a qualified technician includes: date and time of event, had/quick stop(s) recording(s) road speed, accelerator position, engine revolutions per minute (RPM), brake and clutch activity, trip recording, seat belt status (buckled/unbuckled), airbag deployment and any specific proprietary crash data;

5.   Any and all electronic systems onboard the vehicle that collects, maintains and/or stores data including, but not limited to the vehicle infotainment and/or telematics devices to be imaged (downloaded) either directly from the module or after the removal of the module from the vehicle. The vehicle is equipped with an infotainment system which is installed within the center console/dashboard/or within the vehicle based on the manufacturer, make and model.  These systems are designed to store a vast amount of data, which includes: vehicle/system information such as vehicle identification number (VIN), part number, serial number and build number, recent destinations, favorite locations, call logs, contact lists, SMS messages, emails, pictures, videos, social media feeds, and the navigation history of locations the vehicle has been.  These systems may also record events such as the activation and de-

activation of the vehicle's headlights, the opening and closing of doors at a location, and the location of the vehicle at the time Bluetooth devices are connected. This includes the potential to damage and the need to dismantle or remove parts of the vehicle for obtaining this data, or collecting the module should the module placement preclude imaging the module in place;

6.   Indicia of ownership, use, or occupancy of the vehicle, including such things as ownership documents (e.g., registration, tax records, the title to the vehicle) maintenance records, mail that may have been left in the vehicle, photographs of the owner or occupants of the vehicle, and receipts (such as gas, or liquor receipts);

which may be located inside of the Mitsubishi Outlander bearing California license plate 8VHF061.

**ATTACHMENT C**

**AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR**

**A SEARCH WARRANT**

I, John Mikel, a Special Agent with the Federal Bureau of Investigation ("FBI"), being duly sworn, depose and state as follows:

**INTRODUCTION**

The facts of this case, as more fully detailed herein, are that on or about November 5, 2021, within the confines of the Gila River Indian Community ("GRIC"), within the District of Arizona, ALEXANDER BLAINE V (hereinafter BLAINE) and an UNKNOWN SUBJECT (hereinafter UNSUB) killed C.L. and assaulted D.B. and D.E. by shooting them while they were in a Mitsubishi Outlander near the intersection of West Blackwater School Road and North Sage Brush Street, Coolidge, Arizona, within the Gila River Indian Community (GRIC), in violation of Title 18, United States Codes, §§ 1153 and 1111, First Degree Murder, and §§ 1153 and 113(a)(3), Assault with a Dangerous Weapon.  Further investigation resulted in the recovery of a gray Mitsubishi Outlander bearing California license plate 8VHF061 and the burned remains of a 2014 Ford Escape with VIN 1FMCU0GXXEUE13737. The Mitsubishi Outlander was located parked in the middle of N Sage Brush St near W Blackwater School Road in Coolidge, Arizona.  The Ford Escape was located on the shoulder of W Bartlett Road, near La Palma Road.  The aforementioned vehicles were seized by the FBI and are currently located at the FBI Phoenix Field Office, 21711 North 7th Street, Phoenix, Arizona 85024.  I am requesting that the Court issue a search warrant to search for evidence in the form of firearms, ammunition, projectiles, DNA, any indicia of occupancy, which may be located inside of or

1

within the confines of the vehicle, which is described further in Attachment A. The items to be searched for and seized are described in Attachment B.

## PRELIMINARY BACKGROUND INFORMATION

1.    Your affiant is a graduate of the FBI Academy in Quantico, VA. Your affiant has been employed with the FBI since November 2009. I am currently assigned to the FBI Phoenix Division and have primary investigative responsibility in Indian Country matters to include violent crimes, such as homicide, sexual assaults, and aggravated assaults.

2.    I have been trained in various aspects of law enforcement, including searching and seizing of vehicles and other property. In addition, I have been involved in multiple investigations in which vehicles have been seized, searched, and forensically examined.

3.    The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, officers, investigators and witnesses. This affidavit is intended to show merely there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter. I have set forth only the facts I believe are necessary to establish probable cause to believe evidence of a violation of Title 18, United States Code, §§ 1153 and 1111, First Degree Murder, and §§ 1153 and 113(a)(3), Assault with a Dangerous Weapon, is located inside of or within the confines of the Mitsubishi Outlander bearing California license plate 8VHF061, more fully described in Attachment A, for items listed in Attachment B. This Court has jurisdiction over these offenses under 18 U.S.C. § 1153 because the below-described events occurred on the GRIC, C.L. was an enrolled member of Salt River Pima-Maricopa Indian Community (a federally recognized tribe), and ALEXANDER BLAINE, V, is an enrolled member of the Gila River

1   Indian Community (a federally recognized tribe).

2                               **DETAILS OF THE INVESTIGATION**

3         4.      On or about 11/05/2021, at 3:34 p.m., officers from the Gila River Police

4
    Department responded to the area of N Sage Brush St and W Blackwater School Road in
5
6   Coolidge, Arizona.   This area is within the exterior boundaries of the Gila River Indian

7   Community.  The officers were responding to a call stating that someone had been shot.

8
          5.      Upon arrival, GRPD Officers Jimenez, Kennard, and Roberson observed a
9
10  Mitsubishi Outlander SUV bearing California License Plate 8VHF061 parked in the middle of

11  the road with all four doors open.  Officers located three victims with gunshot wounds in and
12
    around the vehicle.  The vehicle was noted to have multiple bullet holes in the exterior.
13

14        6.      While rendering aid to victim D.B., Ofc. Kennard noted that D.B. stated, "Chunk
15
    shot us." When asked how he knew this, D.B. explained that his sister, victim C.L., recognized
16
17  a vehicle that drove up to them before the shooting began as belonging to "Chunk."  D.B.

18  advised that C.L. did not see who was inside the vehicle.  Ofc. Jimenez stated that he knew
19
    "Chunk" to be an aka for ALEXANDER BLAINE, V.  D.B. stated that he did not know
20
21  "Chunk's" real name.

22
          7.      EMS arrived at the scene and transported all three victims.  C.L. was pronounced
23
24  dead at the hospital.  A subsequent autopsy of C.L. on 11/07/2021 indicated that C.L. died

25  from a single gunshot wound.  A handgun projectile was recovered from her body.

26
          8.      After EMS had departed, Detectives from GRPD and Special Agents from the
27
28  FBI arrived at the scene and began an initial investigation. Multiple individuals were

                                                3

interviewed, including G.L., who identified herself as the girlfriend of D.B. G.L. told Ofc. Roberson that she received a phone call from D.B. telling her that he had been shot by "Chunk." G.L. later advised that she believed the incident was the result of romantic affairs and previous events involving victim C.L., ALEXANDER BLAINE, V, and J.S. G.L. stated that C.L. had previously dated J.S., but during his prison sentence, she started seeing BLAINE. After J.S.'s release, C.L. broke up with BLAINE and returned to dating J.S.

9.      While processing the scene, investigators received a call from GRPD dispatch at approximately 9:00 p.m., stating that a vehicle registered to BLAINE had been located engulfed in flames. FBI SA Mikel departed the scene of the shooting and responded to the area of E Bartlett and Highway AZ-87 and met with responders from Coolidge Police and Fire Departments. A Ford Escape bearing license plate 1FA3CNA was found on fire in the shoulder of the road. SA Mikel surveyed the scene and observed the Fire Department extinguish the flames. Coolidge Police Ofc. Coleman noted that when he first arrived, he heard multiple small explosions and saw debris fly from the car. This indicated to him that there were rounds of ammunition being ignited inside the vehicle. SA Mikel also noted a large gas or oil can visible on the passenger seat. A search of the Arizona DMV system on 11/17/2021 indicated this vehicle, VIN 1FMCU0GXXEUE13737, was registered to BLAINE. This burned out vehicle was found approximately 11 miles southeast from the scene of the Outlander shooting.

10.     Both the Mitsubishi Outlander and remains of the Ford Escape were transported to the FBI Field Office at 21711 N. 7th Street, Phoenix, Arizona 85024 and secured on the premises.

11. On 11/09/2021, SA Mikel and GRPD Detective Weeden spoke with L.J., who was visiting a friend at a residence near the shooting on 11/05/2021. L.J. stated that she was on the front porch in the afternoon and noticed a turquoise or faded-green colored vehicle drive past the house shortly before the shooting. L.J. saw there were two occupants in the front of the vehicle, both appeared to be male. After the gunfire, L.J. observed the vehicle drive away on the same street, in the opposite direction.

12. Based on your affiant's training and experience, I know the search of the vehicles may yield evidence to support criminal violations, such as: (a) clothing, hair, fibers, and/or DNA; (b) firearms, ammunition; (c) any electronic devices, to include cellular telephones left in the vehicle; and (d) any and all electronic systems onboard the vehicle that collects, maintains, and/or stores data including but not limited to the vehicle's infotainment and/or telematics devices.

13. Your affiant seeks, (A) To search the gray Mitsubishi Outlander bearing California license plate 8VHF061, including a search of both the interior, exterior, and the mechanical/electronic components of the vehicle; (B) The download of all data contained in the vehicle's on-board computer systems pertaining to driving (e.g., acceleration, braking, speed), to include any Event Data Recorder (EDR), the Powertrain Control Module (PCM), or any similar such devices installed on the vehicle that are used to record the circumstances of a crash or a near crash-like condition, the vehicle's speed, acceleration, braking, deployment of airbags, and used to assist in understanding how the vehicle's systems performed prior to, during, or after the crash described above. Specific comprehensive downloadable data to be removed from the EDR, PCM, or on-board computer by a qualified technician includes: date

and time of event, hard/quick stop(s) recording(s), road speed, accelerator position, engine revolutions per minute (RPM), brake and clutch activity, trip recordings, seat belt status (buckled/unbuckled), airbag deployment, and any specific proprietary crash data; (C) The vehicle may be equipped with an infotainment system which is installed within the center console/dashboard. These systems are designed to store a vast amount of data which includes recent destinations, favorite locations, call logs, contact lists, SMS messages, emails, pictures, videos, social media feeds, and the navigation history of everywhere the vehicle has traveled. These systems may also record events such as the activation and de-activation of the vehicle's headlights, the opening and closing of doors at a specific location, and the location of the vehicle at the time Bluetooth devices are connected. This data will be acquired to assist law enforcement during their investigation.

## CONCLUSION

14.     Based on the aforementioned factual information, I respectfully submit that there is probable cause to believe that evidence described in Attachment B, is located within the aforementioned vehicle, as more fully described in Attachment A, and will support an investigation related to a violation of 18 U.S.C. §§ 1153 and 1111, First Degree Murder, and §§ 1153 and 113(a)(3), Assault with a Dangerous Weapon. This affidavit was sworn telephonically before a United States Magistrate Judge legally authorized to administer an oath for this purpose.

1    I declare under penalty of perjury under the laws of the United States of America that

2  the foregoing is true and correct.

3

4  Dated: _Nov 18, 2021_

5                                          Special Agent John G. Mikel
                                           Federal Bureau of Investigation
6
                    _telephonically_
7  Subscribed and sworn to ~~before me~~ this __19__ day of November, 2021.

8

9
                                           Honorable Michelle H. Burns
10                                         United States Magistrate Judge
                                           District of Arizona
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7